UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 25 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

INEZ ROBERSON                                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 5:07CV73DCB-JMR

ISLE OF CAPRI CASINO, INC.                                              DEFENDANT

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

This matter is before the Court on the joint *ore tenus* Motion of all parties seeking dismissal, with prejudice, of all claims maintained, or that could have been maintained, in the above styled and numbered litigation, and the Court, being fully advised in the premises, and being further advised that the parties have reached a compromise as to all claims, is of the opinion that the Motion is well taken, and should be granted at this time.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims in the above referenced case are hereby dismissed with prejudice, with each of the parties to bear its own costs and attorneys' fees in connection with the litigation.

SO ORDERED this 23rd day of April, 2008.

_____
DISTRICT COURT JUDGE

APPROVED AND AGREED:

_____
DAVID BOWLING, *Attorney for Plaintiff*

_____
JEFFREY M. WILLIAMS, *Attorney for Defendant*